RANDOLPH M. VALZ et al., Appellants, *v.* SHEEPSHEAD BAY BUNGALOW CORPORATION et al., Respondents.

*Appeal — unanimous affirmance — constitutional question — motion to dismiss appeal denied.*

Reported below, 221 App. Div. 280.

(Argued February 13, 1928; decided February 21, 1928.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 13, 1927, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been granted. Appellant claimed that a constitutional question was involved.

*Bernard Sobol, Hugo Hirsh* and *Morgan J. O'Brien, Jr.,* for motion.

*Louis Marshall* and *Robert E. L. Lewis* opposed.

Motion denied, without costs, with leave to renew in connection with the argument of appeal.

———————

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant, *v.* JAMES HUGHES et al., Constituting the Board of Assessors of the Town of Osceola, Respondents.

(Submitted February 13, 1928; decided February 21, 1928.)

Motion to amend remittitur granted. Return of remittitur requested and when returned same will be amended by inserting the words " on the ground of inequality " after the words " to quash the writ." (See 246 N. Y. 35.)